UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SHARON P. BRADLEY and
SAMUEL A BRADLEY, husband
and wife, individually and on behalf
of a Class of similarly situated
Washington families,

        Plaintiffs,

        v.

MORGAN DREXEN, INC. a Nevada
corporation, MORGAN DREXEN,
LLC; THE MORGAN DREXEN
GROUP, an association; WALTER
LEDDA a California resident; JOHN
DOES 1-10; and JANE DOES 1-10,

        Defendants.

NO. CV-09-109-RHW

**ORDER GRANTING MOTION
FOR ORDER APPROVING
STIPULATION FOR
CONFIDENTIALITY**

      Before the Court is the parties' Motion for Order Approving Stipulation for Confidentiality (Ct. Rec. 56). The motion was heard without oral argument.

      The parties ask the Court to approve their Stipulation for Confidentiality.

      Accordingly, **IT IS HEREBY ORDERED**:

      1.   The parties' Motion for Order Approving Stipulation for Confidentiality (Ct. Rec. 56) is **GRANTED**.

      2.   The Stipulation for Confidentiality shall be binding on the parties.

///
///
///

**ORDER GRANTING MOTION FOR ORDER APPROVING
STIPULATION FOR CONFIDENTIALITY ~ 1**

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2    Order and to provide copies to counsel.

3    **DATED** this 25th  day of March, 2010.

4

5                              _s/Robert H. Whaley_

6                         ROBERT H. WHALEY
                         United States District Court

7

8
     Q:\CIVIL\2009\Bradley\grantpro.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING MOTION FOR ORDER APPROVING
STIPULATION FOR CONFIDENTIALITY ~ 2**